## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Unique Broadband Systems Ltd., *et al.*, | Case No. 19-11321 (KG) |
| Debtors in a Foreign Proceeding.[1] | Joint Administration Requested |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### FIRST-DAY HEARING ON JUNE 13, 2019 AT 9:00 A.M. (EASTERN TIME)[2]

**PETITIONS**

1. Voluntary Petitions

    a. Unique Broadband Systems Ltd. (19-11321)
    b. UBS-Axcera, Inc. (19-11322)

**DECLARATION IN SUPPORT**

2. Declaration of Gary Cerrato in Support of (I) Chapter 15 Petitions for Recognition of Foreign Proceeding, (II) Motion of the Receiver for Entry of Provisional and Final Relief in Aid of Foreign Proceeding, and (III) Certain Related Relief (D.I. 2, Filed 6/10/19).

**MATTERS GOING FORWARD**

3. Motion of the Receiver as Authorized Foreign Representative for Joint Administration of Chapter 15 Cases and Related Relief (D.I. 3, Filed 6/10/19).

    Status: This matter will be going forward.

---

[1] The Debtors and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Unique Broadband Systems Ltd. (2249) (Ontario Corporation No.) and UBS-Axcera, Inc. (3865) (FEIN). The Debtors' mailing address is 400 Spinnaker Way, Concord, ON L4K 5Y9, Canada. The Receiver and Foreign Representative is BDO Canada Limited, 20 Wellington Street East, Suite 500 Toronto, ON M5E 1C5, Canada.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

4. Motion of the Receiver as Authorized Foreign Representative for Entry of an Order (I) Specifying Form and Manner of Service of the Recognition Hearing Notice Under Sections 105(a), 1514 and 1515 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, (II) Scheduling Hearing, and (III) Granting Related Relief (D.I. 5, Filed 6/10/19).

   Status:  This matter will be going forward.

5. Motion of the Receiver as Authorized Foreign Representative for Entry of Provisional and Final Orders Granting Recognition of Foreign Proceeding and Certain Related Relief Under Sections 105(a), 362, 365, 1517, 1519, 1520 and 1521 of the Bankruptcy Code (D.I. 6, Filed 6/10/19).

   Status:  This matter will be going forward.

Dated:  June 11, 2019
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/     Paige N. Topper
Derek C. Abbott (No. 3367)
Matthew B. Harvey (No. 5186)
Paige N. Topper (No. 6470)
1201 N. Market St., 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
dabbott@mnat.com
mharvey@mnat.com
ptopper@mnat.com

- and –

THORNTON GROUT FINNIGAN LLP
D.J. Miller
Rachel Bengino
Suite 3200, Canadian Pacific Tower
100 Wellington St. West
Toronto (Ontario), Canada M5K 1K7
Telephone: (416) 304-1616
Facsimile:  (416) 304-1313
djmiller@tgf.ca
rbengino@tgf.ca

*Counsel for the Receiver as Foreign Representative*