# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 15 |
| Unique Broadband Systems Ltd., *et al.*, | Case No. 19-11321 (BLS) |
| Debtors in a Foreign Proceeding.[1] | Jointly Administered |

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND RELEASE WITH TEODORI ENTERPRISES, LP

Upon the motion (the "Motion")[2] of BDO Canada Limited, solely in its capacity as court-appointed receiver (the "Receiver"), manager, and authorized foreign representative of Unique Broadband Systems Ltd. ("UBS") and UBS-Axcera, Inc. ("UBS-Axcera," and, with UBS, the "Debtors"), and not in its personal or corporate capacity, for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the Settlement Agreement and Release (the "Settlement") with Teodori Enterprises, LP; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and adequate notice of the Motion having been provided as set forth in the Motion; and it appearing that no other or further notice is required; and based upon the foregoing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors and the last four digits of their U.S. Federal Employer Identification Numbers or other unique identifier are as follows: Unique Broadband Systems Ltd. (2249) (Ontario Corporation No.) and UBS-Axcera, Inc. (3865) (FEIN). The Debtors' mailing address is 400 Spinnaker Way, Concord, ON L4K 5Y9, Canada. The Receiver and Foreign Representative is BDO Canada Limited, 20 Wellington Street East, Suite 500 Toronto, ON M5E 1C5, Canada.

[2] Capitalized terms used but not otherwise defined herein are used as defined in the Motion.

2. The Settlement, attached hereto as **<u>Exhibit 1</u>**, is approved in all respects, and the terms of the Settlement shall be deemed incorporated into this Order.

3. This Order and the Settlement shall be binding upon and shall inure to the benefit of the parties thereto and their respective successors and assigns.

4. Each of the parties is authorized to take any and all actions necessary or appropriate to effectuate the relief granted in this Order and to perform under the Settlement and all related transactions contemplated by the Settlement.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlement approved herein.

6. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of the Order shall be immediately effective and enforceable upon its entry.

**Dated: April 15th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**